UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTAK SARGSYAN, | ) | NO. CV 18-794-JVS (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| TWIN TOWERS CORRECTIONAL FACILITY, | ) | |
| Defendants. | ) | |

On October 26, 2018, the Court dismissed Plaintiff's First Amended Complaint with leave to file a Second Amended Complaint within 30 days after entry of the order. The Court warned Plaintiff that failure to file a timely Second Amended Complaint may result in dismissal of the complaint. (Dkt. No. 8.)

On November 5, 2018, the Order was returned by the postal service marked, "Released" and dated "10-29." (Dkt. No. 9.) The Court located Plaintiff in the Wasco State Prison and re-mailed him the Order, Dkt. No. 8, on November 15, 2018.

Plaintiff failed to file a Second Amended Complaint or request an extension of time to do so.

| | |
|---|---|
| 1 | Accordingly, IT IS ORDERED that this action is DISMISSED. |
| 2 | |
| 3 | **IT IS SO ORDERED.** |
| 6 | DATED: December 20, 2018 |

_____
JAMES V. SELNA
United States District Judge